UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80088-CR-SMITH

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**ANTHONY JUNIOR HARRIS,**

        Defendant,

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 98)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William Matthewman ("Report," ECF No. 98), issued on August 25, 2021, recommending that the Defendants' Motion to Suppress Evidence Derived from Law Enforcement's Illegal Search and Seizure, ECF [73] be denied. The Defendant filed their Objection to the Report on September 1, 2021, ECF [102], and the Government filed a response to the Objections, ECF [104]. The Court having reviewed, *de novo,* the Report of the Magistrate Judge, the aforementioned filings by the parties, and the record in its entirety, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (ECF No. 98) issued on August 25, 2021 is **AFFIRMED and ADOPTED**.

2. Defendants' Motion to Suppress Evidence Derived from Law Enforcement's Illegal Search and Seizure, ECF [73] is Denied.

USA v. Sims, 20-8088-CR-RS

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of October, 2021.

_____
RODNEY SMITH
United States District Judge